UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA )
 )   **WAIVER OF INDICTMENT**
v. )
 )
UNITEL LLC, )
 )   16 CRIM 137
            Defendant. )
_____)

The above-named defendant, which is accused of violating Title 18, United States Code, Section 371, being advised of the nature of the charge and of its rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
Defendant

_____
Witness

_____
Counsel for Defendant

Date: New York, New York
      February 18, 2016

0202

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: FEB 1 8 2016