**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: 2|18|2016

UNITED STATES OF AMERICA,

                                        Plaintiff,

          --against--

VIMPELCOM LTD.,

                                        Defendant.

**MOTION FOR ADMISSION**
**PRO HAC VICE**
16 Cr. 137 (ER)

 

Pursuant to Rule 1.3 of the Local Rules of the United States District Court for the Southern District of New York, I, ____Mark J. Rochon____, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for ____Defendant____ in the above-captioned action.

I am in good standing of the bar of the state of ____Washington, D.C.____ and there are no pending disciplinary proceedings against me in any state or federal court.

Date: February 18, 2016

Respectfully Submitted,

Applicant Name: Mark J. Rochon

Firm Name: Miller & Chevalier Chartered

Address: 655 15th Street, N.W., Suite 900

City/State/Zip: Washington, D.C. 20005

Telephone: (202) 626-5819

Fax: (202) 626-5801

Email: mrochon@milchev.com



I, *JULIO A. CASTILLO*, Clerk of the District of Columbia Court of Appeals, do hereby certify that

## MARK J. ROCHON

was on **DECEMBER 19, 1983** duly qualified and admitted as an attorney and counselor entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on **February 16 , 2016**.

JULIO A. CASTILLO
Clerk of the Court

By: _____
Deputy Clerk